UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CONNIE M RIVERA,**

    Plaintiff,

v.                                          Case No: 5:19-cv-395-Oc-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

Plaintiff, who is proceeding *pro se*, initiated this social security appeal on August 19, 2019. (Doc. 1). Plaintiff now has filed a motion for the entry of clerk's default, stating that the Commissioner failed to timely respond and reiterating that she is entitled to relief. (Doc. 28). However, a review of the docket shows that the Commissioner timely filed an answer on March 5, 2020 (Doc. 18) and the parties both filed their memoranda consistent with the Court's scheduling order. (Docs. 25, 26). Accordingly, Plaintiff's motion (Doc. 28) is due to be **DENIED**. This matter has been fully briefed and the Court will address Plaintiff's claims in due course.

**DONE** and **ORDERED** in Ocala, Florida on August 7, 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties